*Hubert J. Santos*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided November 6, 2002

ALAN P. TOWBIN *v.* BOARD OF EXAMINERS
OF PSYCHOLOGISTS

*Patricia A. King*, in support of the petition.

Decided November 6, 2002

ELIZABETH M. HAMMICK *v.* JAMES T. HAMMICK

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Elizabeth M. Hammick*, pro se, in support of the petition.

*P. Jo Anne Burgh*, in opposition.

Decided November 6, 2002